## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO:  6:20cr1-ALL |
| | ) | |
| **DELTINAUD TOUSSAINT, et al.** | ) | |

### ORDER UNSEALING INDICTMENT

The government's motion to unseal the Indictment is hereby granted on this 14th day of January 2020.

*Christopher L. Ray*
Honorable Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia