IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LEE SYNTELL KELLEY,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CIVIL ACTION NO.: 6:21-cv-27<br>(Formerly Case No.: 6:20-cr-1) |

**O R D E R**

After a careful and de novo review of the entire record, the Court concurs with the Magistrate Judge's September 24, 2021 Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 9), as the opinion of the Court, **GRANTS** Respondent's motion to dismiss, (doc. 3), **DISMISSES** Petitioner's 28 U.S.C. § 2255 petition, and **DENIES** Petitioner *in forma pauperis* status on appeal and a Certificate of Appealability. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and **CLOSE** this case.

**SO ORDERED**, this 22nd day of October, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA